UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**LAWRENCE BOOKER**

   Plaintiff

v.

**THE NATIONAL FALLEN
FIREFIGHTERS FOUNDATION, ET AL.**

   Defendants

**Case No.:** 1:19-cv-03158-CCB

<u>**MOTION TO STRIKE ERRATA SHEET**</u>

Defendant The National Fallen Firefighters Foundation ("NFFF), by and through their respective undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, hereby moves for an Order striking the deposition errata sheet of Plaintiff as the equivalent of a sham affidavit not permitted under Rule 30(e)(1), and for good cause, states:

1.  This case arises out of a trip and fall accident that occurred on October 9, 2016 while Plaintiff as attending the NFFF Memorial Weekend at the National Emergency Training Center in Emmitsburg, Maryland.  Plaintiff was attending the Memorial Weekend as part of the marching pipe and drum band, and he alleges that he tripped and fell over a raised wire cover running across a pedestrian walkway.

2.  Prior to Plaintiff's deposition, Plaintiff designated his liability expert.  Plaintiff's liability expert identified the raised wire cover that Plaintiff tripped over as a yellow and black "Yellow Jacket" raised wire cover.

3.  During Plaintiff's deposition, however, Plaintiff testified that he tripped over an all-black raised wire cover.  He was asked whether he recalled seeing any other colors, and said multiple times that he only saw black.  Plaintiff testified that he recognized raised wire covers

that were yellow and black, but he did not believe that he tripped over one of those.  He also could not testify about the height of the raised wire cover over which he tripped.

4.      After his deposition, confronted with the obvious disconnect between his own testimony and the purported facts that his expert relied on in forming his opinion, Plaintiff materially changed his deposition answers in an errata sheet by stating that a photograph shown to him as an exhibit during the deposition, depicting a yellow and black raised wire cover, looked like the raised wire cover over which he tripped.

5.      Plaintiff's errata sheet and attempt to materially change his deposition answers is the equivalent of a sham affidavit and is not permitted under Rule 30(e)(1).

6.      NFFF expressly incorporates its Memorandum of Points and Authorities in Support of this Motion as if fully restated herein.

WHEREFORE, for the reasons stated herein, Defendant The National Fallen Firefighters Foundation requests that the Court grant the Motion and enter an Order striking Plaintiff's deposition errata sheet, and issue any and all other relief it deems just and appropriate.


Respectfully submitted,


| /s/ Gregg E. Viola | /s/ Mark P. Johnson |
|---|---|
| Gregg E. Viola (25737) | Mark P. Johnson (29091) |
| ECCLESTON AND WOLF, P.C. | ECCLESTON AND WOLF, P.C. |
| Baltimore-Washington Law Center | Baltimore-Washington Law Center |
| 7240 Parkway Drive – 4th Floor | 7240 Parkway Drive – 4th Floor |
| Hanover, MD  21076-1378 | Hanover, MD  21076-1378 |
| (410) 752-7474 | (410) 752-7474 |
| (410) 752-0611 (fax) | (410) 752-0611 (fax) |
| viola@ewmd.com | viola@ewmd.com |
| *Attorneys for Defendant* | *Attorneys for Defendant* |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 21st day of May, 2021, copies of the foregoing, and a proposed Order, were served through the Court's ECF filing system to all counsel of record.

<u>/s/ <i>Gregg E. Viola</i>_____</u><br>
Gregg E. Viola (25737)